**Order entered October 24, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01408-CR

**RICKY ALLEN DYISE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1654228-M**

## ORDER

The State's October 19, 2017 second motion for extension of time to file brief is **GRANTED**, and the brief submitted to this Court on October 19, 2017 is **ORDERED** filed as of that date.

/s/ MOLLY FRANCIS
   PRESIDING JUSTICE